478 A.2d 107

Commonwealth v. Blanda, Appellant.

Submitted March 23, 1984. Anthony W. Debernardo, Jr., for appellant; Alfred B. Bell, Assistant District Attorney, for appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

We reverse the order of the lower court and dismiss the bills of information filed against appellant.

481 A.2d 361

Commonwealth v. Bolden, Appellant.

Reargument Denied Aug. 31, 1984.

Petition for Allowance of Appeal
Granted Feb. 18, 1985.

Submitted October 14, 1983. David N. Rutt, for appellant; William A. Mitchell, Assistant District Attorney, for appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

The order of the learned Washington County Common Pleas Court Judge Thomas D. Gladden is affirmed.

BECK, J., files a dissenting memorandum.